# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Diana Prince Gaitan,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:07-CR-01290-MMM<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Thursday, May 22, 2014_ , _____, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _SHERI PYM_ , in Courtroom _4-3rd Floor_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _5-16-14_

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge